DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## PERRY-GRIFFIN FOUNDATION v. PROCTOR

No. 374PA92

Case below: 107 N.C.App. 528

Petition by defendant (Jimmie C. Proctor) for discretionary review pursuant to G.S. 7A-31 allowed 17 December 1992.

## SMITH v. SMITH

No. 372PA92

Case below: 107 N.C.App. 491

Petition by defendants (Mr. and Mrs. Durwood Eugene Smith) for discretionary review pursuant to G.S. 7A-31 allowed 17 December 1992.

## STATE v. BONNER

No. 423P92

Case below: 108 N.C.App. 353

Petition by defendant for temporary stay allowed 17 December 1992.

## STATE v. HEMMINGWAY

No. 415P92

Case below: 108 N.C.App. 104

Petition by defendant for temporary stay allowed 8 December 1992.